1  Vonn R. Christenson, CA Bar No. 244873
   CHRISTENSON LAW FIRM, LLP
2  472 West Putnam Avenue
3  Porterville, California  93257
   Telephone:  (559) 784-4934
4  Facsimile:   (559) 784-3431

5
   Attorneys for Plaintiff
6  GearSource Holdings, LLC

7

8
                     **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                                ---o0o---
11

12 GEARSOURCE HOLDINGS, LLC, a      )   Case No.
   Florida company,                 )
13                                  )
         Plaintiff,                 )   **PLAINTIFF'S COMPLAINT**
14                                  )   **FOR:**
   vs.                              )
15                                  )     **1. TRADEMARK**
   GOOGLE LLC, a Delaware company,  )        **INFRINGEMENT**
16 and DOES 1 through 20,           )     **2. FALSE ADVERTISING**
                                    )        **AND FALSE**
17       Defendants.                )        **DESIGNATION OF**
                                    )        **ORIGIN**
18                                  )     **3. UNFAIR COMPETITION**
                                    )        **[CAL. BUS. & PROF.**
19                                  )        **CODE § 17200 ET SEQ.]**
                                    )     **4. UNFAIR COMPETITION**
20                                  )        **[15 U.S.C. § 1125(a)]**
                                    )     **5. UNJUST ENRICHMENT**
21                                  )
                                    )   **[DEMAND FOR JURY TRIAL]**
22                                  )

23       Plaintiff GEARSOURCE HOLDINGS, LLC ("Plaintiff" or "GearSource")

24 hereby alleges as follows:

25                              **PARTIES**

26       1.    Plaintiff GearSource Holdings, LLC is and was at all times mentioned

27 in this Complaint a company organized and existing under the laws of Florida, with

28

CHRISTENSON
LAW FIRM, LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA  93257
(559) 784-4934

                                    1
                                COMPLAINT

a principal place of business located at 3101 Fairlane Farms Rd., Suite 4, Wellington, Florida 33414.

2. Defendant Google LLC is a Delaware company, with a principal place of business located at 1600 Amphitheatre Parkway, Mountain View, California 94043.

3. The true names, capacities, and involvement of those defendants sued herein as Does 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues said defendants by fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the defendants designated as a Doe is responsible in some manner for the events herein referred to and thereby legally caused the injuries and damages herein alleged. Plaintiff will seek leave of court to amend this Complaint to show the true names, capacities, and involvement of the defendants designated herein as Does when the same have been ascertained.

4. Plaintiff is informed and believes and on that basis alleges that at all relevant times, Defendants, and each of them, were the agents, servants, employees or representatives of each of the other Defendants, were acting within the full course and scope of said agency, employment or representation with the full knowledge and consent, either express or implied, of each of the other Defendants, and are liable for the conduct, damages and relief alleged in the Complaint.

5. Plaintiff is informed and believes and on that basis alleges that at all relevant times, Defendants, and each of them, aided and abetted, ratified, acquiesced in, consented to and approved all of the conduct of the other remaining Defendants and therefore such conduct and its consequences are imputable to each of the Defendants.

## JURISDICTION AND VENUE

6. The Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction of the state statutory and common law claims herein under 28 U.S.C. §§ 1338(b) and 1367(a). This Court has personal

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

2
COMPLAINT

jurisdiction over each of the Defendants who have committed acts of infringement in violation of the Federal Lanham Act, and have placed infringing products/services into the stream of commerce through established distribution channels with the knowledge that such products/services are used and sold in this District.

7. Venue is proper in this District under 28 U.S.C. § 1391 in that Defendant Google LLC's principal place of business is in this District, and a substantial part of the events giving rise to the claims occurred in this District.

## FACTUAL ALLEGATIONS

8. By this Complaint, GearSource seeks injunctive relief, damages, and other remedies provided for by law to remedy injuries caused by Defendants GOOGLE LLC, a Delaware company, and DOES 1 through 20 (collectively "Defendants"), for claims of trademark infringement, false advertising and false designation of origin, unfair competition [Cal. Bus. & Prof. Code § 17200 et seq.], unfair competition [15 U.S.C. § 1125(a)], and unjust enrichment.

9. GearSource was established in Florida in 2002, and provides the world's best marketplace for buyers and sellers of used professional stage lighting, and professional audio, video and staging industry gear, with over 1600 brands represented. GearSource offers a full-service experience to its customers, with e-commerce, the ability to manage one's own listings, escrow style purchasing, and complete product category selection, all managed and organized via proprietary programs and its integrated database and software solution called G-SUITE. On the foundation of its unique G-SUITE platform, GearSource expects to continue to grow and expand into additional markets in 2018 and beyond.

10. G-SUITE is a fully-integrated, online business solution providing order and payment processing, a shipping component, and an API to connect to any external accounting system. G-SUITE is designed to communicate with other system Administrative areas, as well as Customer and Vendor Account Centers, in real-time. Orders are in constant transition as they are being worked and it's

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

3
COMPLAINT

important for customers and vendors to have access to the latest information simply by logging in to their own Account Center. G-SUITE handles this seamlessly and immediately. As orders move through the status processes, not only does it update the Customer and Vendor Account Centers, but it triggers the appropriate notifications to all parties involved, including sales staff, of where the order is or if additional information is needed. G-SUITE is intuitive, progressive and simple to use, including through the convenience of a downloadable app. In addition, it is multi-site capable, meaning additional licensee sites or components can be added easily and quickly, allowing for both business growth and globalization.

11. Defendants are currently infringing on GearSource's valuable intellectual property and rights associated with G-SUITE. Accordingly, GearSource hereby seeks compensatory damages, statutory damages, restitution, and injunctive relief, as set forth more fully below and in the accompanying Prayer for Relief.

12. GearSource, Inc. (the predecessor company to Plaintiff GearSource Holdings, LLC) is the applicant and initial registered owner of United States Trademark Registration No. 5,376,240 ("G-SUITE Mark"), which was first registered on January 9, 2018 for "[c]omputer software for use in creating searchable databases of information and data for use in the buying and selling of lighting, audio and visual equipment, staging, trussing and rigging equipment, musical instruments, for others," with an identified date of first use of July 12, 2016, and the identified date of first use in commerce of August 13, 2016. Application for the G-SUITE Mark was filed on August 9, 2016. A copy of the G-SUITE Mark is attached hereto as Exhibit A and is incorporated herein by reference. The G-SUITE Mark is of the name "G-SUITE". The G-SUITE Mark is a valid and protectable trademark. Ownership of the G-SUITE Mark has since been assigned to Plaintiff GearSource Holdings, LLC.

13. Upon information and belief, Defendants are unlawfully infringing on the G-SUITE Mark by using, marketing, and selling their own competing "G Suite"

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

4
COMPLAINT

service and brand. Indeed, Google, Inc. (the predecessor company to Defendant Google LLC) submitted an application to the United States Patent and Trademark Office ("USPTO") on November 28, 2016 for registration of its own "G Suite" trademark, as U.S. Application Serial No. 87249405 ("Google's Application"). However, Defendant Google LLC was notified by the USPTO, by way of an Office Action dated March 8, 2017, that its trademark application "may be refused registration under the Trademark Act Section 2(d) because of a likelihood of confusion" with GearSource's prior pending trademark application and use. Google's Application was subsequently suspended on September 22, 2017, again due to GearSource's prior pending G-SUITE Mark application and use, and on April 13, 2018, the USPTO notified Defendant Google LLC that "registration of the applied-for mark is refused because of a likelihood of confusion" with the G-SUITE Mark.

14. Despite its difficulties securing the "G Suite" trademark, Defendant Google LLC proceeded to launch its "G Suite" service and brand on September 29, 2016. Defendant Google LLC advertises its "G Suite" service as constituting an "all-in-one suite to communicate, store and create," including for business email, calendar, storage and more. "G Suite" replaced the company's similar service known as Google Apps. As of January 2017, Google LLC's CEO claimed to have 3 million businesses paying for "G Suite", and another 70 million "G Suite for Education" users.

15. Google's Application sought registration of the name "G Suite" for "[c]omputer software and computer programs for database management, creating electronic spreadsheets, designing, creating, editing and publishing documents, note taking, email, calendaring, contacts management, creating presentation graphics, desktop publishing, document management, word processing, instant messaging, voice over internet protocol (VOIP), video conferencing, audio conferencing, application sharing, ensuring computer network security, and providing computer

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

network intrusion detection and prevention," "[t]elecommunications services, namely, electronic transmission of data and digital messaging via global computer and communication networks; digital multimedia broadcasting services over the Internet, namely, posting, displaying, and electronically transmitting data, audio and video; providing access to computer databases in the fields of general interest; instant messaging services; voice over internet protocol (VOIP) services; video and audio conferencing services conducted via the web, telephone, and mobile devices; communications by computer terminals; local and long distance telephone services; mobile telephone communication services," and "[a]pplication service provider (ASP), namely, hosting computer software applications of others; application service provider (ASP) featuring software for use in creating text documents, spreadsheets, tables, and websites; computer services, namely, integration of private and public cloud computing environments; computer services, namely, cloud hosting provider services; providing virtual computer systems and virtual computer environments through cloud computing; technical support services, namely, troubleshooting of computer software problems in the field of cloud computing; application service provider, namely, hosting and maintenance of collaborative websites created by others using non-downloadable software; Electronic storage of electronic media, namely, user-generated documents, spreadsheets, drawings, images, audio files, video files, and scanned documents." Defendant's stated first use and first use in commerce of "G Suite" is September 29, 2016.

## FIRST CAUSE OF ACTION

### (For Trademark Infringement)

16. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 15, inclusive, and incorporates them as though fully set forth by this reference herein.

17. Plaintiff is informed and believes that Defendants, and each of them, have been advertising, selling, distributing, and/or offering for sale product and

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

6
COMPLAINT

services that include reproductions, counterfeits, copies, or colorable imitations of Plaintiff's G-SUITE Mark in connection with computer software, downloadable apps, searchable databases, and related services.

18. Defendants are not authorized by Plaintiff to use the G-SUITE Mark, or any confusingly similar marks, in connection with the marketing and/or sale of goods or services.

19. Plaintiff is informed and believes, and thereon alleges, that the products and services that Defendants are advertising, selling, or offering for sale are imitations of the G-SUITE Mark, and that Defendants are advertising, selling, distributing, or offering for sale in interstate commerce or in a manner substantially affecting interstate commerce. As such, Defendants' advertising, sale, distribution, or offering for sale of those products is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of those goods and services.

20. As a direct and proximate result of Defendants' conduct, Plaintiff has been harmed in an amount according to proof, and will suffer further, irreparable injury unless the requested relief is granted.

21. Plaintiff is informed and believes, and thereon alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's rights and with an intent to cause injury to the reputation and goodwill associated with Plaintiff and its products and services. Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees.

## SECOND CAUSE OF ACTION

**(For False Advertising and False Designation of Origin and Injunctive Relief)**

22. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 21, inclusive, and incorporates them as though fully set forth by this reference herein.

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

7
COMPLAINT

23. Defendants' use of its "G Suite" brand via the Internet, and statements relating thereto in commercial advertising or promotion, constitutes false advertising and false designation of origin, in violation of Section 43 of the Lanham Act, 15 U.S.C. Section 1125(a).

24. The false statements actually deceived or had the tendency to deceive a substantial segment of Defendants' intended audience regarding the origination, association, sponsorship, or approval of Defendants' goods with Plaintiff. The deception was material, in that it was likely to influence the consumers' purchasing decision.

25. Defendants caused the false statements to enter interstate commerce.

26. Plaintiff and consumers have been or are likely to be injured as a result of the false statements either by a direct diversion of sales from Plaintiff to Defendants and/or by a lessening of the reputation and goodwill associated with Plaintiff's products and services.

27. Plaintiff has invested significant time and resources to develop its G-SUITE Mark. Indeed, the G-SUITE Mark is an important part of Plaintiff's current business operations, and any diminution of that brand will result in substantial injury to Plaintiff.

28. As a direct and proximate result of Defendants' conduct, Plaintiff has been harmed in an amount according to proof, and will suffer further, irreparable injury unless the requested relief is granted.

29. Defendants' conduct as alleged herein was intentional, willful, wanton, malicious, oppressive and reckless, thus warranting enhanced and/or treble damages and attorneys' fees pursuant to 15 U.S.C. Section 1117(a).

30. Plaintiff is also entitled to injunctive relief to enjoin Defendants from the actions identified herein regarding the continued sales, marketing and distribution of products and/or services bearing the "G Suite" brand.

///

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

8
COMPLAINT

## THIRD CAUSE OF ACTION

### (Unfair Competition [Cal. Bus. & Prof. Code § 17200 et seq.])

31.  Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 30, inclusive, and incorporates them as though fully set forth by this reference herein.

32.  As alleged above, Defendants have engaged in a variety of acts directed towards Plaintiff that constitute unlawful and unfair business practices in violation of California Business and Professions Code section 17200, including in particular the violation of Plaintiff's intellectual property rights to exclusive use of the G-SUITE Mark.

33.  Defendants have profited and will, in the future, profit unjustly from their unfair business practices. Accordingly, pursuant to California Business and Professions Code section 17203, Plaintiff seeks an award of restitution and disgorgement.

34.  Furthermore, as a proximate result of Defendants' conduct, Plaintiff has been and will continue to be harmed in the form of damage to its goodwill, lost sales, and other actual damages.

35.  The harm to Plaintiff and to members of the general public outweighs any utility of Defendants' business practices.

36.  Defendants' unlawful competition has and will continue to cause great and irreparable injury to Plaintiff. Unless restrained, Defendants will continue the acts and conduct set forth in this cause of action to Plaintiff's great and irreparable injury for which damages will not afford adequate relief. Plaintiff therefore requests, pursuant to California Business and Professions Code section 17203, that this Court issue an injunction restraining and enjoining Defendants and their agents, employees, attorneys and representatives, and anyone acting at their direction, from engaging in the unlawful and unfair business practices alleged herein.

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA  93257
(559) 784-4934

9
COMPLAINT

37. Defendants took the aforementioned actions willfully and maliciously, with the intent to injure Plaintiff and its shareholders, to gain an unfair competitive advantage, and to advance their own gain at the expense of Plaintiff's rights, reputation and business interests, and Plaintiff is therefore entitled to the relief sought.

38. Upon proof, Plaintiff is entitled to recover its costs, including attorney's fees, under California Code of Civil Procedure section 1021.5.

## FOURTH CAUSE OF ACTION

### (Unfair Competition [15 U.S.C. § 1125(a)])

39. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 38, inclusive, and incorporates them as though fully set forth by this reference herein.

40. Defendants' conduct as alleged herein with respect to the "G Suite" brand constitutes unfair competition, in violation of Section 43 of the Lanham Act, 15 U.S.C. Section 1125(a). As a direct and proximate result of Defendants' conduct, Plaintiff has been harmed in an amount according to proof, and will suffer further, irreparable injury unless the requested relief is granted.

41. Defendants' conduct as alleged herein was intentional, willful, wanton, malicious, oppressive, and reckless, thus warranting enhanced and/or treble damages and attorneys' fees pursuant to 15 U.S.C. Section 1117(a).

## FIFTH CAUSE OF ACTION

### (Unjust Enrichment)

42. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 41, inclusive, and incorporates them as though fully set forth by this reference herein.

43. Subject to the foregoing claims, by virtue of their wrongful conduct toward Plaintiff alleged above, Defendants have been unjustly enriched by the infringing use of Plaintiff's G-SUITE Mark without consideration to or consent from

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

10
COMPLAINT

Plaintiff. Plaintiff will be harmed in an amount according to proof, and will suffer further, irreparable injury unless the requested relief is granted. Accordingly and alternatively to awarding an injunction, Plaintiff demands that a constructive trust be imposed for Plaintiff's benefit on all revenues derived from the sale of products and/or services based on, arising out of, or otherwise derived from Defendants' wrongful conduct alleged herein.

44. It would be manifestly unjust for Defendants to retain any of the benefits they have gained through their wrongful conduct. Subject to and as alleged above, unless the Court orders restitution to Plaintiff, Defendants will unjustly benefit from their actions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, as to all counts of its Complaint, as follows:

1. Actual general and compensatory damages according to proof;
2. Reasonable attorney's fees and costs of suit;
3. Pre-judgment interest on all amounts claimed as permitted by law;
4. For injunctive relief enjoining Defendants from infringing on Plaintiff's intellectual property, including in particular any continued use of the "G Suite" brand;
5. Restitution and disgorgement of Defendant's profits unjustly obtained;
6. An accounting of all of all benefits and profits derived from Defendants' use of the "G Suite" brand;
7. Statutory treble damages;
8. Punitive or exemplary damages; and

///
///
///

CHRISTENSON
LAW FIRM LLP
472 W. PUTNAM AVENUE
PORTERVILLE, CA 93257
(559) 784-4934

11
COMPLAINT

9. Such other, further, and different relief as the Court may deem proper under the circumstances.

Dated: June 26, 2018               CHRISTENSON LAW FIRM, LLP


By: /s/ Vonn R. Christenson
    Vonn R. Christenson
    Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

The plaintiff hereby demands a trial by jury on all causes of action.

Dated: June 26, 2018                CHRISTENSON LAW FIRM, LLP

By:/s/ Vonn R. Christenson
Vonn R. Christenson
Attorney for Plaintiff

**CHRISTENSON**
**LAW FIRM LLP**
472 W. PUTNAM AVENUE
PORTERVILLE, CA  93257
(559) 784-4934

13
COMPLAINT