UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>　　　　　Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY EXPERT REPORT DEADLINES** |

The Court grants the Joint Stipulation to Modify Expert Report Deadlines and accordingly modifies the deadline to Exchange Opening Expert Reports from March 28, 2019 to April 19, 2019, and the deadline to Exchange Rebuttal Expert Reports from April 26, 2019 to May 17, 2019.

**PURSUANT TO STUPULATION, IT IS SO ORDERED.**

Dated: 3/12/2019

_____
The Hon. Haywood S. Gilliam Jr.

4:18-cv-03812-HSG