UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>    Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE CLOSE OF FACT AND EXPERT DISCOVERY** |

  The Court grants the Joint Stipulation to Modify the Close of Fact and Expert Discovery and accordingly modifies the Close of Fact and Expert Discovery from May 31, 2019 to June 19, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:**  5/1/2019

*/s/ Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam Jr.