| | |
|---|---|
| CHRISTENSON LAW FIRM, LLP<br>Vonn R. Christenson (CA Bar No. 244873)<br>(vrc@christensonlaw.com)<br>472 West Putnam Ave.<br>Porterville, CA 93257<br>Telephone: (559) 784-4934<br>Facsimile: (559) 784-3431<br><br>Counsel for Plaintiff and Counter-Defendant<br>GearSource Holdings, LLC | COOLEY LLP<br>Brendan J. Hughes (*pro hac* vice)<br>Brian J. Focarino (CA Bar No. 305382*)*<br>Whitty Somvichian (CA Bar No. 194463)<br>(bhughes@cooley.com)<br>(bfocarino@cooley.com)<br>(wsomvichian@cooley.com)<br>1299 Pennsylvania Avenue, NW, Ste 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br><br>Counsel for Defendant and Counter-Plaintiff Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>    Plaintiff,<br><br>  v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>    Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE** |

Pursuant to the Court's Order (Docket Entry 57), Plaintiff GearSource Holdings, LLC and Defendant Google LLC respectfully request that the Court issue an Order setting the dispositive motion briefing schedule as follows:

| Filing | Deadline |
|---|---|
| Dispositive Motions Due | August 6, 2019 |
| Oppositions to Dispositive Motions Due | August 20, 2019 |
| Replies in Support of Dispositive Motions Due | August 30, 2019 |

Accompanying this Joint Stipulation and Proposed Order Setting Dispositive Motion Briefing Schedule is the Attestation of Brian Focarino pursuant to Local Rule 5-1(i)(3).

Respectfully submitted,

Dated: June 17, 2019      COOLEY LLP


*/s/ Brendan J. Hughes*
Brendan J. Hughes (Admitted *Pro Hac Vice*)
Whitty Somvichian
Brian J. Focarino
Counsel for Defendant Google LLC

Dated: June 17, 2019      CHRISTENSON LAW FIRM, LLP


*/s/ Vonn R. Christenson*
Vonn R. Christenson
Counsel for Plaintiff GearSource Holdings, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

JOINT STIPULATION AND ~~PROPOSED~~ ORDER SETTING
DISPOSITIVE MOTION BRIEFING SCHEDULE
4:18-CV-03812-HSG

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Brian Focarino, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 17, 2019

*/s/ Brian J. Focarino*
Brian J. Focarino
Counsel for Plaintiff, Google LLC

205841901

Cooley LLP
Attorneys At Law
San Francisco

3.

JOINT STIPULATION AND ~~Proposed~~ ORDER SETTING
DISPOSITIVE MOTION BRIEFING SCHEDULE
4:18-cv-03812-HSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATION SETTING DISPOSITIVE MOTION HEARING SCHEDULE** |

The Court grants the Joint Stipulation Setting Dispositive Motion Hearing Schedule and accordingly sets the following schedule:

| Filing | Deadline |
|---|---|
| Dispositive Motions Due | August 6, 2019 |
| Oppositions to Dispositive Motions Due | August 20, 2019 |
| Replies in Support of Dispositive Motions Due | August 30, 2019 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 6/18/2019

*Haywood S. Gilliam Jr.*

The Hon. Haywood S. Gilliam Jr.