# UNITED STATES DISTRICT COURT

Northern District of California

GearSource Holdings, LLC
    Plaintiff (s),

V.

Google LLC and DOES 1 through 20
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-03812-HSG

Notice is hereby given that, subject to approval by the court, **GearSource Holdings, LLC** (Party (s) Name) substitutes **Kirk B. Freeman** (Name of New Attorney), State Bar No. **99685** as counsel of record in place of **Vonn R. Christenson** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Offices of Kirk B. Freeman
Address: 256 Sutter St., Sixth Floor, San Francisco, CA 94108
Telephone: (415) 398-1082    Facsimile (415) 391-1285
E-Mail (Optional): kirk@kbflaw.com

I consent to the above substitution.
Date: 10/14/19
(Signature of Party (s))

I consent to being substituted.
Date: 10/14/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/14/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/1/2019
Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]