AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

GearSource Holdings, LLC
           Plaintiff (s),

V.

Google LLC and DOES 1 through 20
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-03812-HSG

Notice is hereby given that, subject to approval by the court, __GearSource Holdings, LLC__ substitutes
(Party (s) Name)

__Matthew A. Mallet__, State Bar No. __203393__ as counsel of record in
(Name of New Attorney)

place of __Vonn R. Christenson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Kirk B. Freeman
Address: 256 Sutter St., Sixth Floor, San Francisco, CA 94108
Telephone: (415) 398-1082      Facsimile (415) 391-1285
E-Mail (Optional): matthew@kbflaw.com

I consent to the above substitution.
Date: 10.14.19
                                    (Signature of Party (s))

I consent to being substituted.
Date: 10/14/19
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/14/2019
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/1/2019
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]