UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINES** |

The Court grants the Joint Stipulation to Modify Deadlines, and modifies the schedule accordingly.

| Event | Date |
|---|---|
| Google's Expert Report | February 14, 2020 |
| GearSource's Rebuttal Expert Report | February 28, 2020 |
| Close of Fact / Expert Discovery | March 6, 2020 |
| Dispositive Motions | March 19, 2020 |
| Responses to Dispositive Motions | April 2, 2020 |
| Replies to Dispositive Motions | April 16, 2020 |
| Dispositive Motion Hearing | April 30, 2020 at 2:00 p.m. |
| Pretrial Conference | June 23, 2020 at 3:00 p.m. |
| 6-Day Jury Trial | July 13, 2020 at 8:30 a.m. |

**PURSUANT TO STUPULATION, IT IS SO ORDERED.**

Dated: 12/2/2019

_Haywood S. Gilliam Jr._
The Hon. Haywood S. Gilliam Jr.