UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-03812-HSG-JSC<br><br>**Order denying Stipulated Request to Shorten Time to Hear Google LLC's Motion for Sanctions** |

The Court **denies** the Stipulated Request to Shorten Time to Hear Google LLC's Motion for Sanctions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/3/2020

The Hon. Haywood S. Gilliam Jr.