1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GearSource Holdings, LLC, a Florida company,

              Plaintiff,

     v.

Google LLC, a Delaware company, and Does 1 - 20,

              Defendants.

Case No.  4:18-cv-03812-HSG-JSC

**ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND THE JULY 22, 2020 DEADLINE RE: GOOGLE'S COUNTERCLAIM**

12

13

      The Court grants the Parties' Stipulated Request to extend the July 22, 2020 deadline regarding Google LLC's counterclaim until August 5, 2020.

14

15

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17

18

**Dated:**      7/20/2020

The Hon. Haywood S. Gilliam Jr.

19

20

21

22

23

24

25

26

27

28