UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>                Plaintiff,<br><br>    v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>                Defendants. | Case No. 4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND THE AUGUST 5, 2020 DEADLINE RE: GOOGLE'S COUNTERCLAIM** |

The Court grants the Parties' Stipulated Request to extend the August 5, 2020 deadline regarding Google LLC's counterclaim until August 19, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/3/2020

_____
The Hon. Haywood S. Gilliam Jr.