UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, a Florida company,<br><br>    Plaintiff,<br><br>    v.<br><br>Google LLC, a Delaware company, and Does 1 - 20,<br><br>    Defendants. | Case No.  4:18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND THE SEPTEMBER 2, 2020 DEADLINE RE: GOOGLE'S COUNTERCLAIM** |

The Court grants the Parties' Stipulated Request to extend the September 2, 2020 deadline regarding Google LLC's counterclaim until September 16, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:**    9/1/2020

The Hon. Haywood S. Gilliam Jr.