UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARSOURCE HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 18-cv-03812-HSG<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND THE SEPTEMBER 16, 2020 DEADLINE RE: GOOGLE'S COUNTERCLAIM**<br><br>Re: Dkt. No. 184 |

The Court grants the Parties' Stipulated Request (Dkt. No. 184) to extend the September 16, 2020 deadline regarding Google LLC's counterclaim until September 30, 2020. No further extensions of time will be granted, and the Court may rule on the pending motion regarding the counterclaim without further notice at any time once the extended deadline passes.

**IT IS SO ORDERED.**

Dated: 9/17/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge