UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>Google LLC,<br><br>             Defendants. | Case No.  4:18-cv-03812-HSG<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL |

This Court, pursuant to the Joint Motion for Dismissal hereby ORDERS:

1. Final judgment in favor of Google LLC ("Google") on all of GearSource Holdings, LLC's claims pursuant to the Court's summary judgment order (Dkt. No. 174) and, to the extent necessary, dismissal of GearSource Holdings, LLC's claims with prejudice.
2. Google's counterclaim is hereby dismissed without prejudice.
3. Google's Motion for Sanctions (Dkt. No. 128) is withdrawn.
4. Each Party shall bear its own attorneys' fees and costs incurred in this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    10/2/2020

*/s/ Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam Jr.