UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GearSource Holdings, LLC, | Case No.  4:18-cv-03812-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Google LLC, | |
| Defendant. | |

IT IS on this 2nd day of October, 2020, hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment be entered in favor of Defendant on all of Plaintiff's claims, and to the extent necessary, Plaintiff's claims be dismissed with prejudice;

2. Defendant's counterclaim be dismissed without prejudice;

3. Defendant's Motion for Sanctions (Dkt. No. 128) be withdrawn; and

4. Each Party shall bear its own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED.**

**Dated:     10/2/2020**

The Hon. Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE